PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Rafee Jones  Cr.: 21-00711-001
PACTS #: 3125133

Name of Sentencing Judicial Officer:  THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/15/2022

Original Offense:  Counts One and Two: Possession with Intent to Distribute Heroin
21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – a Class C Felonies

Original Sentence: 26 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing/Treatment, Search/Seizure, Prohibition on Gangs, Life Skills Counseling, Education/Training Requirements, Support Dependents

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/16/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 30, 2023, Mr. Jones submitted a urinalysis sample that tested positive for cannabinoids (marijuana). |

U.S. Probation Officer Action:

On June 30, 2023, Mr. Jones admitted to using marijuana and stated that he would refrain from further usage. Our office will continue to monitor Mr. Jones' compliance closely and notify Your Honor should any additional instances of non-compliance arise. No formal court action requested to be taken at this time.

Prob 12A – page 2
Rafee Jones

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: RAFAEL J. JIMENEZ
U.S. Probation Officer

/ rjj

APPROVED:

_____     06/30/23
PATRICK HATTERSLEY                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler, U. S. D. J.

Signature of Judicial Officer

6/30/2023

Date